# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1978

_____

In re: Robert G. Zepecki,           *
                                     *
                Debtor.              *
                                     *
                                     *
_____                *
                                     *
Robert G. Zepecki,                   *   Appeal from the United States
                                     *   District Court for the Eastern
                Appellant,           *   District of Arkansas.
                                     *
         v.                          *        [UNPUBLISHED]
                                     *
Bonnie L. Kania,                     *
                                     *
                Appellee.            *

_____

Submitted:  November 15, 2001

Filed:  November 30, 2001

_____

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and
    NANGLE,[1] District Judge.

_____

_____

    [1]The Honorable John F. Nangle, United States District Judge for the Eastern
District of Missouri, sitting by designation.

PER CURIAM.

Robert G. Zepecki appeals from the district court's[2] affirmance of the bankruptcy court's[3] order denying Dr. Zepecki's discharge from bankruptcy because he knowingly and fraudulently gave false oaths relating materially to his assets. *See* 11 U.S.C. § 727(a)(4)(A).

We review the bankruptcy court's factual determinations for clear error. *See In re Cedar Shore Resort, Inc.* 235 F.3d 375, 379 (8th Cir. 2000). Our examination of the record leads us to conclude that the bankruptcy court did not clearly err in any of its factual findings, and we conclude that it correctly applied the relevant legal principles as well. We therefore summarily affirm the order of the district court. *See* 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

[3]The Honorable James G. Mixon, Chief United States Bankruptcy Judge for the Eastern and Western Districts of Arkansas.